Joseph Lavi, Esq. (SBN 209776)
jlavi@lelawfirm.com
Vincent C. Granberry, Esq. (SBN 276483)
vgranberry@lelawfirm.com
James H. Clark, Esq. (SBN 349799)
jclark@lelawfirm.com
**LAVI & EBRAHIMIAN, LLP**
8889 W Olympic Boulevard, Suite 200
Beverly Hills, California 90211
Telephone: (310) 432-0000
Facsimile: (310) 432-0001

Attorneys for Plaintiff
Jose Mayorga, on behalf of himself and others similarly situated

*Addition counsel on following page.*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MAYORGA, on behalf of himself and similarly situated employees,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>EVANS FOOD GROUP LTD; and DOES 1 to 100, inclusive,<br>　　　　Defendants. | Case No. 2:24-cv-05584-DSF-MAA<br><br>**JOINT STATUS REPORT AND STIPULATION OF DISMISSAL**<br><br>COURTROOM:　7D<br>JUDGE:　Hon. Dale S. Fischer<br>FILED:　May 17, 2024<br>REMOVED:　July 1, 2024<br>TRIAL:　December 2, 2025 |

---

JOINT STATUS REPORT AND STIPULATION OF DISMISSAL
1

1  James D. Miller, CA Bar No. 207709
2  james.miller@ogletree.com
   OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
3  7060 North Marks Ave., Suite 108
4  Fresno, CA 93711
   Telephone: 559-825-8510
5  Facsimile: 559-570-0323

6
   Attorneys for Defendant Evans Food Group LTD
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STATUS REPORT AND STIPULATION OF DISMISSAL
2

Plaintiff Jose Mayorga and Defendant Evans Food Group Ltd (collectively, the "Parties") by and through their respective counsel of record, hereby jointly submit the following Joint Status Report to update the Court on the status of the settlement.

### a. Joint Status Report

On December 17, 2024, this Court entered an Order granting the Parties request to stay the litigation pending private mediation (Docket No. 36). On September 8, 2025, the Parties filed a Status Report explaining that the Parties entered into a settlement with the required agreements and filings to follow. On September 9, 2025, the Court entered an Order for the Parties to file a joint status report no later than November 10, 2025 (Docket No. 38). This Joint Status Report is to update the Court on the progress of the class-wide and PAGA representative settlement.

The Parties' settlement encompasses the following cases: (i) *Sanchez v. Evans Food Group LTD, et al.*, Los Angeles Superior Court, Case No.: 22STCV02207; (ii) *Mayorga v. Evans Food Group LTD, et al.*, U.S. District Central District of California, Case No.: 2:24-cv-05584-DSF-MAA; and (iii) *Mayorga v. Evans Food Group, LTD, et al.*, Los Angeles Superior Court, Case No.: 24STCV18791. Together these cases are called the "Actions" herein. Settlement of the Actions will be referred to as the "Global Settlement." As part of the Global Settlement, the Parties agreed that the Lead Case would be *Sanchez v. Evans Food Group LTD, et al.*, Los Angeles Superior Court, Case No. 22STCV02207 ("Lead Case").

In order to effectuate the terms of the Global Settlement, on October 22, 2025, Counsel filed a Joint Stipulation for Leave to File a Second Amended Complaint ("SAC") in the Lead Case, which was granted. On October 23, 2025, Plaintiffs filed the SAC in the Lead Case, combining the Actions and all Parties together in the same Complaint and Courtroom, including the class action claims from Plaintiff Jose Mayorga.

By and through the SAC, Plaintiff Jose Mayorga has been added as a named Plaintiff to the Lead Case, and all of Plaintiff Jose Mayorga's legal claims will be included and extinguished in the Global Settlement of the Actions.

Because Plaintiff Jose Mayorga has been officially amended into the Lead Case, the Parties now stipulate and request this Court to dismiss this case.

### b. Stipulation

**NOW THEREFORE, IT IS HEREBY STIPULATED**, between the Parties and subject to an order of the Court, as follows:

1. The Parties agree that the case entitled *Mayorga v. Evans Food Group LTD, et al.*, California Federal Court, Central District, Case No.: 2:24-cv-05584-DSF-MAA be dismissed without prejudice.

**IT IS SO STIPULATED**.

DATED: December 18, 2025        **OGLETREE DEAKINS**

By: */s/ James D. Miller*
      JAMES D. MILLER

Attorneys for Defendants EVANS FOOD GROUP LTD

DATED: December 18, 2025        **LAVI & EBRAHIMIAN, LLP**

By: */s/ James Clark*
      JOSEPH LAVI
      VINCENT GRANBERRY
      JAMES CLARK

Attorneys for Plaintiff JOSE MAYORGA

JOINT STATUS REPORT AND STIPULATION OF DISMISSAL

4

**SIGNATURE ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1**

I hereby attest that I have obtained the concurrences of each of the above signatories for the e-filing of this Joint Status Report and Stipulation to Dismiss Case .

DATED:  December 18, 2025               **LAVI & EBRAHIMIAN, LLP**

                                                  By:  */s/ James Clark*
                                                      JAMES CLARK

                                                Attorneys for Plaintiff JOSE MAYORGA

# EXHIBIT "1"

1  Joseph Lavi, Esq. (SBN 209776)
2  jlavi@lelawfirm.com
   Vincent C. Granberry, Esq. (SBN 276483)
3  vgranberry@lelawfirm.com
4  James H. Clark, Esq. (SBN 349799)
   jclark@lelawfirm.com
5  **LAVI & EBRAHIMIAN, LLP**
   8889 W Olympic Boulevard, Suite 200
6  Beverly Hills, California 90211
7  Telephone: (310) 432-0000
   Facsimile: (310) 432-0001
8
9  Attorneys for Plaintiff
   Jose Mayorga, on behalf of himself and others similarly situated
10
11 *Addition counsel on following page.*
12
            **UNITED STATES DISTRICT COURT**
13          **CENTRAL DISTRICT OF CALIFORNIA**
14
   JOSE MAYORGA, on behalf of       Case No. 2:24-cv-05584-DSF-MAA
15 himself and similarly situated
   employees,                        **[PROPOSED] ORDER**
16
          Plaintiff,
17     vs.
                                     COURTROOM:   7D
18 EVANS FOOD GROUP LTD; and         JUDGE:       Hon. Dale S. Fischer
   DOES 1 to 100, inclusive,         FILED:       May 17, 2024
19        Defendants.                REMOVED:     July 1, 2024
20                                   TRIAL:       December 2, 2025
21
22
23
24
25
26
27
28

**[PROPOSED] ORDER**
1

James D. Miller, CA Bar No. 207709
james.miller@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
7060 North Marks Ave., Suite 108
Fresno, CA 93711
Telephone: 559-825-8510
Facsimile: 559-570-0323

Attorneys for Defendant Evans Food Group LTD

[PROPOSED] ORDER
2

The Court, having reviewed and considered the Parties' Joint Status Report and Stipulation of Dismissal, and all documents on file in the matter, and with good cause finding, **HEREBY ORDERS AND ENTERS JUDGMENT AS FOLLOWS**:

1. The Court hereby grants the Parties' Joint Stipulation of Dismissal, and the matter of Jose Mayorga v. Evans Food Group, LTD, Central District of California Case No. 2:24-cv-05584-DSF-MAA is hereby dismissed without prejudice.

DATED: _____  By: _____
Hon. Dale S. Fischer